IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARRETT A. MATTHEWS, ET AL.<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>BURKE'S TIRE & LUBE, INC., ET AL.,<br><br>　　　　　　Defendants. | CIVIL ACTION<br>NO. 22-1113 |

### ORDER

**AND NOW**, this 4th day of January 2024, upon receipt of the Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. No. 20), it is **ORDERED** that Plaintiffs' claims against Defendants are **DISMISSED with prejudice** pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii). It is further **ORDERED** that the Clerk of Court shall close the case for statistical purposes.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky, J.
　　　　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.